# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1999
LT Case No. 2023-CC-005560

_____

MARQUITA JAMES,

    Appellant,

    v.

ROBERT A. HARDWICK, in his
Official Capacity, as Sheriff of
St. Johns County, Florida,

    Appellee.

_____

Nonfinal appeal from the County Court for St. Johns County.
Casey L. Woolsey, Judge.

Marquita James, Jacksonville, pro se.

Michael P. Spellman, Jeffrey D. Slanker, and Laiken M. Cowley, of Sniffen & Spellman, P.A., Tallahassee, for Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————